IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | NO. M: 05-1699 CRB |
| THIS DOCUMENT RELATES TO: | |
| RONALD HUMPHREY, vs. PFIZER, INC., et al., | CIVIL ACTION NO: 06-cv-05044 |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, the Plaintiff and shows the Court as follows:

1. The original complaint named James V. Doyle, Jr., Esquire and K. Stephen Jackson, Esquire of Jackson and Tucker, P.C. (f/k/a K. Stephen Jackson, P.C.), 2229 First Avenue North, Birmingham, AL 35203.

2. James V. Doyle, Jr., Esquire is no longer affiliated with this firm and has no interests in this case.

3. K. Stephen Jackson, Joseph L. "Josh" Tucker and Joel Lee DiLorenzo of Jackson and Tucker, P.C., will continue to be counsel of record.

4. Plaintiff, by and through her counsel of record, has now retained additional associate counsel: William L. Bross, Esquire and W. Lewis Garrison, Esquire of the firm Heninger, Garrison & Davis, LLC, 2224 1st Avenue North, Post Office Box 11310, Birmingham, AL 35202.

Wherefore, Plaintiff prays the Court to recognize the said addition counsel as the counsel of record with attorney K. Stephen Jackson, Joseph L. "Josh" Tucker and Joel Lee DiLorenzo as stated above effective on receipt of this document.

Respectfully Submitted,

Joseph L. "Josh" Tucker
Attorneys for Plaintiff
Jackson & Tucker, P.C.
2229 1st Avenue North
Birmingham, AL 35203



September 27, 2006