1  WILLIAM L. BROSS
   W. LEWIS GARRISON, JR.
2  HENINGER GARRISON DAVIS, LLC
   2224 FIRST AVENUE NORTH
3  BIRMINGHAM, AL 35203
   TELEPHONE: 205 326-3336
4  FACSIMILE: 205 326-3332

5

   Attorneys for Plaintiff,
6  RONALD EUGENE HUMPHREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No: 3:06-cv-05044-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Ronald Eugene Humphrey,<br>              Plaintiff,<br>       vs.<br>Pfizer, Inc., et al.<br>              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, RONALD EUGENE HUMPHREY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: 3/16, 2009 | By: _____ |
| 2 | | William L. Bross |
| 3 | | Attorney for Ronald Eugene Humphrey |
| 4 | DATED: July 6, 2009 | By: _____ |
| | | DLA PIPER LLP (US) |
| | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| | | Telephone: (212) 335-4500 |
| | | Facsimile: (212) 335-4501 |
| | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 10, 2009

_____
Hon. Charles R. Breyer
United States District C[ourt]

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE